IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **99-cv-555-JLK-BNB**

**ENGINEERED DATA PRODUCTS, INC., a Delaware corporation,**

    Plaintiff,

v.

**GBS CORPORATION, d/b/a GBS FILING SYSTEMS, an Ohio corporation,**

    Defendant.

## ORDER VACATING REASSIGNMENT

**Kane, J.**

The Reassignment Notice (Docket entry #158) entered in this matter on today's date is VACATED. The Order of Reference to Magistrate Judge Boyd N. Boland is reiterated.

Given the age of the case and the close proximity to the settlement conference (scheduled for August 9, 2007) before Magistrate Judge Boland, and in the interest of judicial economy and continuity, this matter shall remain referred to Magistrate Judge Boland. Confidential Settlement statements remain due today, to be submitted in the manner set forth in the Minute Order setting settlement conference (Doc. #151).

Dated at Denver, Colorado this 2nd day of August, 2007.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT